UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : <br> : <br> v. : <br> : <br> **JORDAN HOLLEY** : <br> : <br> **Defendant.** : <br> : | Case: 1:25-mj-00215 <br> Assigned To: Judge Sharbaugh, Matthew J. <br> Assign. Date: 9/11/2025 <br> Description: COMPLAINT W/ARREST WARRANT |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Bryan Mancuso, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1. I submit this affidavit in support of a criminal complaint charging JORDAN HOLLEY with Travel with Intent to Engage in Illicit Sexual Conduct, in violation of 18 U.S.C. § 2423(b). Specifically, on or about September 10, 2025, JORDAN HOLLEY (hereinafter "HOLLEY") traveled from Maryland to the District of Columbia with the intention of engaging in sexual conduct with a 9-year-old girl.

2. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement. Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

3. Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I've drawn therefrom.

**AFFIANT BACKGROUND**

4.  Your affiant, Detective Bryan Mancuso, has been a sworn member of the Metropolitan Police Department of the District of Columbia (hereinafter "MPDC") since 2008, and is currently a Detective assigned to the Federal Bureau of Investigation ("FBI") and the Metropolitan Police Department's Child Exploitation Task Force. Your Affiant has investigated sexual offenses involving children since 2014, as a Task Force Officer ("TFO"). Your Affiant is responsible for investigating internet crimes against children such as the production or distribution of child pornography, as well as for investigating allegations of commercial sex trafficking of children and has been deputized as a federal law enforcement officer by the United States Marshal Services. Throughout my career, your Affiant has received specialized training regarding sexual abuse of children, sexual assaults, and sex trafficking. Your Affiant has gained expertise in conducting such investigations through formal training and on-the-job training with more experienced agents. Your Affiant has received training and experience in interviewing and interrogation techniques, arrest procedures, and a variety of investigative tools available to law enforcement officers. Your Affiant has previously sworn to and obtained search warrants in Superior Court and the District Court of the District of Columbia which have led to the recovery of evidence and arrests of criminal offenses. As a Task Force Officer with the FBI, I am authorized to execute warrants issued under the authority of the United States.

5.  The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

6.      Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. § 2423(b) (Travel with Intent to Engage in Illicit Sexual Conduct) (hereafter, the "TARGET OFFENSE") have been committed by HOLLEY.

## PROBABLE CAUSE

7.      On Thursday, August 28, 2025, an FBI Task Force Officer (TFO) working with the Washington Field Office was acting in an undercover (UC) capacity as part of the Metropolitan Police Department-Federal Bureau of Investigation (MPD-FBI) Child Exploitation Task Force, operating out of a satellite office in Washington, D.C.  In that capacity, the UC entered a fetish website.  Different areas of this site are known to the UC as places where people meet, discuss, and trade original images of underage children, links containing child pornography. On August 28, 2025, a user using the screen name "FeetAddict202" and stating his location to be Owings Mills, MD, later identified as Jordan Holley, initiated a private message chat with the UC within the fetish website.[1]

8.      The following is the chat between Holley and the UC on the fetish website:

FeetAddict202: If you ever want to teach her about BBC[2] or cock in general, use me as a stunt cock for her practice.

UC: lol i think we might be liked minded

FeetAddict202: When I saw your post I figured we would be. Too many bulls scared to doit but im not. If you're going to introduce your daughter to the world of BBC and cock, why not have a real one for her to use as practice

---

[1] The UC referenced having a young daughter on a group message within the fetish website.
[2] BBC is commonly used as slang for Big Black Cock

FeetAddict202: I am Brutus, and ill be your BBC you have your daughter practice with as you watch. How's that for kinky fun? (wink emoji)

UC: where else do you like to chat I like where this is going

FeetAddict202: "Kik, telegram, my number, even email. Pick any. I'm serious about this. Live action porn in your own home. Me and her. Our secret fun time."

UC: whats your number

FeetAddict202: ▮▮▮▮▮▮▮▮▮

9.  On Thursday, August 28, 2025, the UC sent a message to ▮▮▮▮▮▮▮▮▮, stating, "It's Rob from [aforementioned fetish website]". The user responded, "Hey Rob. Its Brutus. Glad we met." The following is a portion the text messages sent between the UC and HOLLEY:

UC: Yes not fantasy right

HOLLEY: Correct. Real life. I have experience with daughters and fathers, you found the right bull for the job

UC: Ok any age limits before we discuss my girl not trying to get caught up

HOLLEY: No sir. Only a number for me

UC: Fuck yeah we are very like minded

HOLLEY: Perfect. I understand wanting to be careful. Most wouldn't do this but I am a special bull.[3] 1 for families. Even when divorced. A father deserves to know how his daughter handles cock

UC: Well to be honest she plays with mine and had an old college buddy in town about six months ago and loved watching her sucking his cock

---

[3] The bull is a man who is introduced to the relationship to have sex with the wife or female partner.

Holley: That's real hot. A true good daughter. Is she a virgin or has that been taken care of?

10. As the chat continues, the UC asked Holley, "Whats the youngest you've been with," and HOLLEY replied, "Interesting. Wanna watch me rub mine against her puffy?[4] Maybe she can lose it to a BBC like a real good girl" and "Age 10." The UC stated to HOLLEY, "Ok my girls 9 want to make sure you're ok with that." HOLLEY replied "All good, territory im familiar with. Best part is we can make it a regular thing. And train her for life as a slut"

11. During the chat the UC asked HOLLEY if all he wanted to do was rub her "puffy," referring to his purported 9-year-old daughter, and HOLLEY responded with, "No sir. Get sucked by her, have her give me a handjob, footjob, rub her pretty lil nipples and bust nuts on her and eventually in her" and "The 1 thing i want the most: her pussy. I want her virginity."

12. During the chat, the UC sent an image of his purported daughter.[5] HOLLEY responded, "Oh wow, thats perfect honestly. I am built just right for her," and sent an image of an erect penis. The UC replied, "She's going to love it." HOLLEY replied, "Fit for a princess like her. Best part is we have plenty of time. I want her to see it, play with it, get used to it. Compare it. BBC for her is like giving her keys to her first car."

13. While the chat continued, the UC and HOLLEY discussed scheduling a meet for the purpose of HOLLEY traveling to the UC's purported residence in DC to engage in vaginal intercourse and sexual activity with the UC's purported 9-year-old daughter. HOLLEY confirmed that he would be traveling to the UC's residence on September 4, 2025, at 11 AM to engage in sexual intercourse with the UC's purported 9-year-old daughter. HOLLEY subsequently rescheduled the meeting to September 10, 2025.

---

[4] A puffy is commonly referred to as a prepubescent vagina.
[5] The image sent by the UC did not depict a real child or sexual abuse material.

14. HOLLEY was identified using law enforcement databases. The phone number ▮▮▮▮▮ was associated with Jordan Holley, born on ▮▮▮▮▮, in numerous law enforcement citations and databases. HOLLEY has multiple prior traffic citations from the Baltimore County (MD) Police Department. The phone number HOLLEY provided in connection with those citations was ▮▮▮▮▮. According to law enforcement databases, Holley currently resides at ▮▮▮▮▮. This is consistent with FeetAddict202 indicating his location was in Maryland. Owings Mill is approximately a ten-minute drive from Randallstown, Maryland.

15. On September 04, 2025, Holley advised that he had to cover meetings at work and that he would not be able to meet at the arranged time. Holley and the UC discussed rescheduling, and Holley confirmed that he would be traveling to meet the UC at the prearranged location and then to the UC's residence on September 10, 2025, at 11:30 AM to engage in sexual intercourse with the UC's purported 9-year-old daughter.

16. On September 10, 2025, at approximately 12:25 PM, Holley arrived at the prearranged location at sat with the UC. The UC asked if he was Brutus the name that Holley advised during the Conversation with the UC. The UC then stated, "this has been a long time coming, can't wait," to which Holley stated, "yes, can't wait." Holley was placed under arrest at that point by members of the FBI/MPD Child Exploitation Task Force members.

17. Holley was identified as Jordan Holley, DOB: ▮▮▮▮▮, with an address of ▮▮▮▮▮, through his Maryland driver's license which he had on his person.

18. Investigators conducted a custodial interview at which time Holley waived his Miranda rights and wanted to give a statement. During the course of the interview, Holley

advised that he travelled from Maryland to Washington, DC, to meet with the UC. Holley admitted to arranging to travel to Washington, DC, to meet the UC and his purported 9-year-old child and have vaginal intercourse with the child. Holley stated that the sexually exploitive conversation and meeting was to learn more about the UC, but that he planned to call law enforcement and not go through with it. Law enforcement recovered a mask, sex toys, and lubrication in Holley's vehicle.

## CONCLUSION

21. For the reasons set forth above, I submit that probable cause exists to believe that, on or about September 10, 2025, HOLLEY committed the offense of Travel with Intent to Engage in Illicit Sexual Conduct, in violation of 18 U.S.C. § 2423(b).

Respectfully submitted,

_____
Detective Bryan Mancuso
Metropolitan Police Department

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 and 41(d)(3) via telephone on September 11, 2025.

_____
The Honorable Matthew J. Sharbaugh
United States Magistrate Judge